AO 455 (Rev. 01/09) Waiver of an Indictment

## UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>Jonas Jarut<br>_Defendant_ | Case No. 2:20-cr-0223-KJM |

### WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: December 11, 2020

_Defendant's signature_

_Signature of defendant's attorney_

Kenneth Wine
_Printed name of defendant's attorney_

Date: December 15, 2020

Kimberly J. Mueller, United States District Judge
_Judge's printed name and title_