| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | Acting United States Attorney |
| 2 | MATTHEW THUESEN |
|   | KURT A. DIDIER |
| 3 | Assistant United States Attorneys |
|   | 501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814 |
|   | Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | Attorneys for Plaintiff |
|   | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:20-CR-00223-KJM |
|---|---|
| Plaintiff, | **STIPULATION FOR THE PREJUDGMENT DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND; AND ORDER THEREON** |
| v. | |
| JONAS JARUT, | |
| Defendant. | |

Plaintiff United States of America and defendant Jonas Jarut (Jarut), through their authorized representatives (the Parties), hereby seek an order authorizing Jarut to deposit $27,500 into the Court's Deposit Fund pending the outcome of this criminal prosecution.

The Parties stipulate as follows:

1. The Information in this case charges Jarut with one count of conspiracy to transport stolen property interstate, in violation of 18 U.S.C. § 371 (Count One). ECF No. 1.

2. The Parties signed a plea agreement in which Jarut agreed to waive indictment and plead guilty to Count One of the Information. ECF No. 10, at 2. He also agreed to pay a $100 special assessment and $209,057 in restitution. *Id*. at 3. The plea agreement states the Parties may argue for, or against, the imposition of a fine. *Id*.

STIPULATION FOR THE
PREJUDGMENT DEPOSIT
OF FUNDS; AND ORDER

3. Jarut's change of plea hearing was held on December 14, 2020. ECF No. 7. The Court accepted his guilty plea to Count One of the Information, adjudged him guilty, and set a June 14, 2021 sentencing date. *Id*.

4. Jarut is prepared to pay the $100 special assessment and $27,500 towards the criminal monetary penalties to be ordered in the judgment within seven (7) days of the Court's order approving this stipulation. He intends to make additional prejudgment payments as his financial condition allows.

5. Based on the foregoing, the Parties agree the Court should enter an order directing:

    A. Jarut to pay $27,500 to the Clerk of Court within seven days following the filing of the order approving this stipulation according to the payment instructions stated in the accompanying order; and

    B. The Clerk of Court to deposit Jarut's payment into the Court's Deposit Fund along with any additional payments he makes and to apply those funds to all criminal monetary penalties the Court orders at sentencing.

Respectfully submitted,

FOR THE UNITED STATES:

PHILLIP A. TALBERT
Acting United States Attorney

Dated: May 5, 2021

By: */s/ Kurt A. Didier*
MATTHEW THUESEN
KURT A. DIDIER
Assistant United States Attorneys

FOR DEFENDANT JONAS JARUT:

Dated: May 5, 2021     By: */s/Jonas Jarut (by KHW w/permission)*
JONAS JARUT, an individual

APPROVED AS TO FORM AND CONTENT:

Dated: May 5, 2021     By: */s/ Kenneth Wine*
KENNETH H. WINE, ESQ.
Attorney for Defendant

**O R D E R**

The Court, having reviewed the court files and the Parties' Stipulation for the Prejudgment Deposit of Funds into the Court's Deposit Fund (the Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that:

1. Defendant Jonas Jarut (Jarut) shall pay $27,500.00 to the Clerk of Court within seven (7) days following the filing of this order.

2. Jarut shall make his payment payable to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. He shall also state the docket number (Case No.: 2:20-cr-00223-KJM) on the payment instrument and, if he desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

3. The Clerk of Court shall deposit Jarut's prejudgment payment and any additional payments he makes into the Court's Deposit Fund (the Fund).

4. Jarut's prejudgment payment(s) shall remain in the Fund pending adjudication of this case. Upon sentencing, the Clerk of Court shall apply the payment(s) towards the criminal monetary penalties ordered in the judgment.

IT IS SO ORDERED.

Dated: May 6, 2021.

CHIEF UNITED STATES DISTRICT JUDGE